IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

TERRELL LAMAR RANEY, )
Register No. 103004, )
)
               Plaintiff, )
)
        v. ) No. 05-4286-CV-C-NKL
)
JOHN MOTEL, )
)
               Defendant. )

### ORDER

      On October 12, 2005, the United States Magistrate Judge recommended denying plaintiff's motion for preliminary injunction seeking transfer from Jefferson City Correctional Center to another level 5 prison facility. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

      The court has conducted a de novo review of the record, including the several subsequent filings made by plaintiff, including a second motion for temporary restraining order. The issues raised in plaintiff's filings do not warrant issuance of preliminary injunctive relief. The only defendant named in this lawsuit is John Motel, yet plaintiff continues to seek preliminary injunctive relief from nondefendants, i.e., a transfer to another prison facility and release from administrative segregation. Plaintiff's motions for preliminary injunction do not relate to the specific claims giving rise to this lawsuit, and do not suggest claims which pose irreparable threat of injury, loss or damage to plaintiff. If plaintiff seeks to amend his complaint to add new claims and defendants, beyond the claims in his initial complaint on which he has been granted leave to proceed in forma pauperis, he must file a motion for leave to amend with this court.

      The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that plaintiff's motions for preliminary injunctive relief are denied [7, 10, 12, 16, 18].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: December 15, 2005
Jefferson City, Missouri