**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

TERRELL LAMAR RANEY,                    )
Register No. 103004,                    )
                                        )
                    Plaintiff,          )
                                        )
            v.                          )       No. 05-4286-CV-C-NKL
                                        )
JOHN MOTEL,                             )
                                        )
                    Defendant.          )

## ORDER

On August 17, 2006, the United States Magistrate Judge recommended dismissing

plaintiff's claims. The parties were advised they could file written exceptions to the

recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate

Judge is correct and should be adopted.

Inmates who file an appeal with the United States Court of Appeals for the Eighth

Circuit are required to pay the full $455.00 appellate filing fee, regardless of the outcome of the

appeal. Henderson v. Norris, 129 F.3d 481, 484 (8th Cir. 1997). The filing of a notice of

appeal is considered a consent by the inmate to allow prison officials to deduct an initial partial

appellate filing fee and later installments from the prisoner's account.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's August 17, 2006 Report

and Recommendation is adopted [63]. It is further

ORDERED that defendant John Motel's motion for summary judgment is granted and

plaintiff's claims are dismissed [53].

                                    /s/ Nanette K. Laughrey
                                    NANETTE K. LAUGHREY
                                    United States District Judge

Dated: October 25, 2006
Jefferson City, Missouri